# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2025-2872
_____

NICHOLAS J. ALBRECHT,

Petitioner,

v.

STATE OF FLORIDA, WARDEN
PAUL ALLEN, DEPARTMENT OF
CORRECTIONS,

Respondents.

_____

Petition for Writ of Habeas Corpus—Original Proceedings.


May 20, 2026


PER CURIAM.

DISMISSED as unauthorized. *See Logan v. State*, 846 So. 2d 472, 479 (Fla. 2003) (holding that generally, a criminal defendant cannot proceed pro se while represented by counsel).

ROWE, RAY, and NORDBY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Nicholas James Albrecht, pro se, Petitioner.

No appearance for Respondents.